THE NORTHERN INDIANA RAILROAD COMPANY *v.* MITCHELL.

APPEAL from the *Elkhart* Common Pleas.

*Per Curiam.*—In this case the causes for a new trial were not assigned with sufficient certainty and directness

to require them to be noticed, and the assignment of errors is obnoxious to the same objection.

The judgment is affirmed, with five per cent. damages and costs.

*John B. Niles*, for appellant.

*R. Lowry*, for appellee.